# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)   3:09-md-02100-DRH<br>)<br>)   MDL No. 2100<br>) |

**This Document Relates To:**

| | |
|---|---|
| *Ashley Brown v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13339-DRH |
| *Christi Clark v. Bayer Corporation, et al.* | No. 09-cv-20152-DRH |
| *Megan Copley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10357-DRH |
| *Vasiliki Douvikas v. Bayer Corporation, et al.* | No. 10-cv-12797-DRH |
| *Deborah Forrester v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13264-DRH |
| *Mark Grantham v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10301-DRH |
| *Sree Josyula v. Bayer Corporation, et al.* | No. 10-cv-12798-DRH |
| *Jennifer Lawson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10360-DRH |
| *Alena Munda v. Bayer Corporation, et al.* | No. 10-cv-12811-DRH |
| *Brenda Perkins v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10995-DRH |
| *Linda Schermerhorn v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10314-DRH |
| *Bridget Tanner, et al. v. Bayer Corporation, et al.* | No. 09-cv-20002-DRH |

| | |
|---|---|
| *Amanda Williams v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11268-DRH |
| *Caitlyn Eriksen v. Bayer Corporation, et al.* | No. 13-cv-20022-DRH |
| *Elizabeth Heyne v. McKesson Corporation, et al.* | No. 10-cv-20049-DRH |
| *Morgan Hill v. Bayer Corporation, et al.* | No. 10-cv-13198-DRH |
| *Valeta Shields v. Bayer Corporation, et al.* | No. 10-cv-13186-DRH |
| *Michelle Yanez v. Bayer Corporation, et al.* | No. 10-cv-12856-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on May 1, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
         Deputy Clerk

Digitally signed by David R. Herndon
Date: 2015.05.04 15:15:44 -05'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT